# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMES PERKINS, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-99 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:14-cr-11) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Movant James Perkins ("Perkins") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMSSES without prejudice** Perkins' Motion to Vacate, Set Aside, or Correct his Sentence for failure to follow this Court's directives and failure to prosecute, **DENIES** Perkins *in forma pauperis* status on appeal and a Certificate of Appealability, and **DIRECTS** the Clerk of Court

AO 72A
(Rev. 8/82)

to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA