# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 214-011-2 |
| JAMES PERKINS, | |
| Defendant. | |

## ORDER

Before the Court is Defendant James Perkins's motion for early termination of supervised release, dkt. no. 104, to which the Government has filed no objection. For the reasons below, Defendant's motion is **GRANTED**.

## BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to a lesser included offense of Count 1 of the Indictment, that is, conspiracy to possess with intent to distribute five grams or more of methamphetamine "ice," in violation of 21 U.S.C. § 846. Dkt. Nos. 52, 70. On December 1, 2014, the Court sentenced Defendant to 110 months' imprisonment, followed by four years of supervised release. Dkt. No. 70. The Court also imposed special conditions of supervision, as well as a $100 special assessment. Id.

On or about January 10, 2022, Defendant was released from Bureau of Prisons' custody and commenced his term of supervision. Defendant has completed over twenty-five months of his forty-eight-month term of supervision and now moves the Court for early termination of same. Dkt. No. 104.

In his motion, Defendant argues that since he began his term of supervision, he has been in full compliance with the terms thereof. Id. at 1. Additionally, Defendant states he had no disciplinary actions while in custody, and he has completed both the DTAP drug treatment program and Hard Out program. Id. He has also published a book which serves as a daily devotion for prisoners. Id.

The Court notes that Defendant has maintained both stable employment and a stable residence since his release, and all drug screens have tested negative. The Court also notes that Defendant has paid his special assessment in full. Notably, other than the underlying offense, Defendant has no felony convictions. Defendant's motion is unopposed by the Government, as well as the United States Probation Office.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release,

pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court concludes that, after serving over half of his term of supervision, Defendant has satisfied the relevant § 3553(a) factors for early termination of supervised release. Importantly, Defendant has shown that he has taken full responsibility for his actions and has changed his life for the better. Accordingly, Defendant's motion for early termination of supervision, dkt. no. 104, is **GRANTED**. Defendant's term of supervised release is hereby terminated.

**SO ORDERED** this 15 day of February, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA